IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| ORLANDO STANFORD, | ) | |
|---|---|---|
| Plaintiff, | ) ) ) | Civil Action No. 16-1584 |
| | ) | Judge Mark R. Hornak |
| v. | ) ) | Chief Magistrate Judge Maureen P. Kelly |
| JOHN WALTON, ERIC SCHWARTZ, STEVEN CMAR, BRAD TOMASELLO, GEORGE LOWTHER, DAWN BICKERTON, AMY WIDMAR, WESTMORELAND COUNTY PRISON, and WESTMORELAND COUNTY PRISON BOARD, | ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

## ORDER OF COURT

AND NOW, this 26TH day of February, 2018, after Plaintiff Orlando Stanford filed an action in the above-captioned case, after Motions to Dismiss were filed at ECF Nos. 61, 78, and 86, and after Responses were filed thereto, a Report and Recommendation was filed by Chief United States Magistrate Judge Maureen P. Kelly, ECF No. 111. Having reviewed the Objections filed thereto by Plaintiff, ECF No. 112, the Response in Opposition to the Objections filed by Defendants Dawn Bickerton and Amy Widmar, ECF No. 113, upon independent review of the record, and upon consideration of the Magistrate Judge's Report and Recommendation, which is ADOPTED as the opinion of this Court,

IT IS HEREBY ORDERED that Motions to Dismiss, ECF Nos. 61 and 78, are DENIED. IT IS FURTHER ORDERED that Motion to Dismiss, ECF No. 86, is GRANTED. The Clerk of Court is directed to terminate Defendants Dawn Bickerton and Amy Widmar as parties to this action.

By the Court:

_____
Mark R. Hornak
United States District Judge

cc: Honorable Maureen P. Kelly
Chief United States Magistrate Judge

Orlando Stanford
3732-2017
3000 South Grande Blvd.
Greensburg, PA 15601

All Counsel of Record Via CM-ECF